UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

United States of America

                                        ORDER ACCEPTING PLEA ALLOCUTION

                                        S1 08 Cr. 1208 (SCR)

      v.

Raymond Clarke ,
───────────────────────────────

ROBINSON, J.

      The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable George A. Yanthis, United States Magistrate Judge, dated May 18, 2009, is approved and accepted.

      The Clerk of the court is directed to enter the plea.

Date: _July 27, 2009_

                                            SO ORDERED:

                                            STEPHEN C. ROBINSON
                                            UNITED STATES DISTRICT JUDGE